STATE of Missouri, Respondent,

v.

Ronald W. LeGRAND, Appellant.

No. WD 47725.

Missouri Court of Appeals,
Western District.

April 19, 1994.

Samuel J. Short, Jr., Stockton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and ULRICH and SPINDEN, JJ.

## ORDER

PER CURIAM.

Ronald W. LeGrand appeals from his conviction, after a jury trial, of the class B felony of distribution of a controlled substance, section 195.211, RSMo Cum.Supp.1992. He was sentenced as a prior drug offender to ten years' imprisonment.

Affirmed. Rule 30.25(b).